JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HISCOX INSURANCE COMPANY, INC., <br><br> Defendant. | Case No. CV 20-9530-DMG (JPRx) <br><br> **JUDGMENT** |

This Court having granted Defendant Hiscox Insurance Company, Inc's Motion for Judgment on the Pleadings by Order dated April 16, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Varel, Inc.

DATED: April 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE